# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

February 27, 2001

Before

Hon. John L. Coffey, Circuit Judge

Hon. Diane P. Wood, Circuit Judge

Hon. Ann Claire Williams, Circuit Judge

No. 00-1978

| | |
|---|---|
| Dana R. Walker,<br>    *Plaintiff-Appellant*,<br><br>    *v.*<br><br>Dan Glickman, in his official capacity as Secretary, United States Department of Agriculture,<br>    *Defendant-Appellee*. | Appeal from the United States District Court for the Central District of Illinois, Peoria Division<br><br>No. 99C1062<br><br>Joe B. McDade,<br>*Judge*. |

**Order Correcting Opinion**

The slip opinion in this case issued today, is corrected as follows:

P. 8, eleventh line of second full paragraph: "1991" is changed to "1990".

SO ORDERED.